UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ARCHIE F. BRISTOL,

              Plaintiff,

v.

DON SAWYER, et al.,

              Defendants.

ORDER

03-CV-6361CJS

---

      A motion for leave to file an amended complaint (Docket # 67) having been filed by plaintiff in the above-captioned case, and oral argument on such motion having been conducted before this Court on January 11, 2007, it is hereby

      ORDERED, that plaintiff's motion to amend the complaint is **GRANTED**; and it is further

      ORDERED, that plaintiff shall file and serve the second proposed amended complaint as the "Amended Complaint" within two weeks of receipt of this Order

                                              /s/ Marian W. Payson
                                            MARIAN W. PAYSON
                                            United States Magistrate Judge

Dated: Rochester, New York
        January 16, 2007